Alan A. Meda (#009213)
BURCH & CRACCHIOLO, P.A.
702 East Osborn Road, Suite 200
Phoenix, Arizona 85014
Tel: 602.274.7611
ameda@bcattorneys.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gina Centner and Paul Paradis,<br><br>Plaintiffs,<br><br>v.<br><br>TMG Utility Advisory Services, Incorporated, a Texas Corporation and Mario Bauer, individually,<br><br>Defendants. | Case No.: CV-22-00886-PHX-GMS<br><br>**PLAINTIFFS' STATEMENT OF UNCONTESTED FACTS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON COUNTS III AND VI**<br><br>(The Honorable G. Murray Snow) |

Pursuant to Fed. R. Civ. P. 56, Plaintiffs, Gina Centner and Paul Paradis ("**Plaintiffs**"), hereby respectfully file this *Statement of Uncontested Facts* as to which there is no genuine dispute in support of *Plaintiffs' Motion for Summary Judgment on Counts III and VI of Plaintiffs' Complaint* (the "**SOUF**").

## STATEMENT OF UNCONTESTED FACTS

1. Plaintiff Gina Centner ("**Centner**") was hired and became employed as the Chief Compliance Officer, Legal Oversight of TMG Utility Advisory Services, Inc. ("**TMG**") on January 16, 2021. Defendants' Answer ¶ 2.

2. While employed by TMG, Centner performed services out of Scottsdale, Arizona. Defendants' Answer ¶ 18.

3. Plaintiff Paul Paradis ("**Paradis**") was hired and became employed as the Chief Operating Officer of TMG on January 2, 2021. Defendants' Answer ¶ 3.

1

4. While employed by TMG, Paradis performed services out of Scottsdale, Arizona. Defendants' Answer ¶ 18.

5. Defendant TMG is a Texas corporation that maintains its principal place of business in Buda, Texas. Defendants' Answer ¶ 18.

6. At all times relevant hereto, Defendant Mario Bauer ("**Bauer**") was the Chief Executive Officer of TMG. Defendants' Answer ¶ 19.

7. Prior to January 2, 2021, Bauer and Paradis discussed the prospect of Paradis becoming an employee of TMG. Defendants' Answer ¶ 134.

8. Defendants have admitted that, during the pre-January 2, 2021 discussions Bauer and Paradis had concerning the prospect of Paradis becoming an employee of TMG, Bauer, on behalf of TMG, stated that Plaintiff Paradis would also be paid additional compensation that included: (i) TMG leasing a house located in Scottsdale, Arizona and paying the security deposit and monthly lease payments for Paradis' housing for the entire term of the 24 month lease, beginning in February 2021; and (ii) a $400,000 mid-year bonus and a $300,000 year-end bonus. Defendants' Answer ¶ 135.

9. Such representations concerning Paradis' housing lease were expressly confirmed in an email dated January 27, 2021, which is annexed as Exhibit 1 to the accompanying *Declaration of Paul Paradis In Support of Plaintiffs' Motion for Summary Judgment On Counts III and VI* ("**Paradis Decl.**"). Defendants' Answer ¶ 135. *See also* Paradis Decl. Ex. 2.

10. Furthermore, such representations concerning Paradis' bonus payments were expressly confirmed in a letter dated June 30, 2021, which is annexed as Exhibit 3 to the accompanying Paradis Decl. Defendants' Answer ¶ 135.

11. Bauer's representations concerning Paradis' housing lease and bonus payments constituted promises. Defendants' Answer ¶ 135.

12. Bauer should have reasonably foreseen that Plaintiff Paradis would rely on Bauer's promises regarding Plaintiff Paradis' housing lease and bonus payments. Defendants' Answer ¶ 135.

13. Plaintiff Paradis relied on Defendant Bauer's promises to Plaintiff Paradis' detriment. Paradis Declaration at ¶¶ 5-6.

14. On or about March 24, 2022, TMG terminated Plaintiff Paradis' employment without having paid Plaintiff Paradis' monthly housing lease payments or the promised bonus payments, thereby damaging Plaintiff Paradis. *See* Paradis Decl. Exhibit 4, which is a **2021 Year-End TMG Employee and Wage Census** dated December 31, 2021, which provides irrefutable evidence that Paradis was only paid $300,000 base salary and was not paid the $400,000 and $300,000 bonus payments that Defendants had promised Paradis would be paid.

15. Prior to January 16, 2021, Bauer and Centner discussed the prospect of Centner becoming an employee of TMG. Defendants' Answer ¶ 112.

16. Defendants have admitted that, during the pre-January 16, 2021 discussions Bauer and Centner had concerning the prospect of Centner becoming an employee of TMG, Bauer, on behalf of TMG, stated that in addition to her base salary of $200,000 annually, Plaintiff Centner would also be paid additional compensation in the form of a $300,000 mid-year bonus and a $300,000 year-end bonus. Defendants' Answer ¶ 113.

17. Such representations concerning Plaintiff Centner's bonus were expressly confirmed in a letter dated June 30, 2021, which is annexed as Exhibit 1 to the accompanying *Declaration of Gina Centner In Support of Plaintiffs' Motion For Summary Judgment On Counts III and VI* ("**Centner Decl.**"). Defendants' Answer ¶ 113.

18. Bauer's representations concerning Plaintiff Centner's bonus payments constituted promises. DDefendants' Answer ¶ 113.

19. Bauer should have reasonably foreseen that Plaintiff Centner would rely on Bauer's promises regarding Plaintiff Centner's bonus payments. Defendants' Answer ¶ 113.

20. Plaintiff Centner relied on Bauer's promises to Plaintiff Centner's detriment. Centner Decl. ¶ 5.

21. On or about March 24, 2022, TMG terminated Plaintiff Centner's employment without having paid Plaintiff Centner's promised bonus payments, thereby damaging Plaintiff Centner. *See* Centner Decl. Exhibit 2, evidencing fact that Centner was only paid $200,000 base salary and was not paid the $300,000 and $300,000 bonus payments as promised.

DATED this 31st day of August 2022.

BURCH & CRACCHIOLO, P.A.

By /s/ Alan A. Meda (#009213)
Alan A. Meda
*Attorney for Plaintiffs*

Served via ECF on CM/ECF users this 31st day of August 2022.

 /s/ Tracy Dunham
Tracy Dunham

4