Kristy L. Peters, Bar No. 024756
kpeters@littler.com
Ian C. Beck, Bar No. 035599
ibeck@littler.com
Michael B. Guilliam, Bar No. 035069
mguilliam@littler.com
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, Arizona 85016
Telephone: 602.474.3600
Fax No.: 602.957.1801

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gina Centner and Paul Paradis, | Case No. CV-22-00886-PHX-GMS |
| Plaintiffs, | **NOTICE OF SETTLEMENT** |
| v. | |
| TMG Utility Advisory Services, Inc. a Texas Corporation and Mario Bauer, individually, | |
| Defendants. | |

  Defendants TMG Utility Advisory Services, Inc. and Mario Bauer hereby give notice that the parties have reached an agreement to resolve all remaining claims in this case. The parties anticipate that they will file a joint motion and proposed order of dismissal within 30 days.

Dated: February 14, 2023.

                Respectfully submitted,

                */s/Michael B. Guilliam*
                Kristy L. Peters
                Ian C. Beck
                Michael B. Guilliam
                LITTLER MENDELSON, P.C.

                Attorneys for Defendants

LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

1  I hereby certify that the original of the foregoing was electronically filed using CM/ECF and a copy of the same was emailed to the following if non-registrants, this 14th day February 2023.

Alan A. Meda
BURCH & CRACCHIOLO, P.A.
1850 North Central Avenue, Suite 1700
Phoenix, AZ 85004
ameda@bcattorneys.com


*s/Michelle Renee Mercure*
4894-4776-5585.1 / 114176-1003

LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600